Decided January 28, 1999

## THADDEUS TAYLOR *v.* RICHARD BROWN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 18630) is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Thaddeus Taylor,* pro se, in support of the petition.

*Joel M. Fain* and *William E. Murray*, in opposition.

Decided January 28, 1999